IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:17-cv-982- TWP-MPB |
| | ) |
| ACTAVIS, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION TO REOPEN**

Defendant, Actavis, LLC ("Actavis"), having moved this Court to reopen this matter for the purpose of ruling on Actavis's pending Unopposed Motion for Certification for Interlocutory Appeal, and the Court, being duly advised, hereby **GRANTS** the Motion to Reopen.

It is **THEREFORE ORDERED** that this matter is reopened for the purpose of ruling on the pending Unopposed Motion for Certification for Interlocutory Appeal.

It is **FURTHER ORDERED** that this matter shall remain stayed in accordance with the Court's Order Granting the Joint Motion to Stay (Dkt. 76) and the Court's Entry approving the Joint Status Report and Stipulation (Dkt. 79).

**SO ORDERED.**

Date: 7/19/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution will be made electronically on all
ECF-registered counsel of record via the court's
ECF system.

LR12828.0646968  4845-0230-0269v1