IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:17-cv-982- TWP-MPB |
| | ) |
| ACTAVIS LLC, TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICALS INDUSTRIES, LTD. | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Actavis's Unopposed Motion, IT IS HEREBY ORDERED that:

1. For the reasons set forth in the Findings of Fact and Conclusions of Law Following February 1, 2018 Bench Trial in Eli Lilly and Company v. Dr. Reddy's Laboratories Ltd., et al., Civil Action No. 1:16-cv-308-TWP-MPB (S.D. Ind. June 22, 2018) (Dkt. 241), Plaintiff Eli Lilly and Co. is not barred from asserting that Actavis infringes U.S. Patent No. 7,772,209 ("the '209 patent") under the doctrine of equivalents in this case by either prosecution history estoppel or the disclosure-dedication rule.

2. Actavis's request for certification for interlocutory appeal is GRANTED. The Court concludes, pursuant to 28 U.S.C. § 1292(b), that this Order involves "controlling question[s] of law as to which there is substantial ground for difference of opinion," i.e.:

   (1) Whether prosecution history estoppel bars Eli Lilly from asserting that Actavis's accused product infringes the '209 patent under the doctrine of equivalents; and

   (2) Whether the disclosure dedication rule bars Eli Lilly from asserting that Actavis's accused product infringes the '209 patent under the doctrine of equivalents.

The Court further concludes that "an immediate appeal from th[is] order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

Date: 7/19/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution: All Counsel of Record (via ECF)

LR12828.0646968   4845-5570-2893v1